UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                           Case No. 8:13-cr-312-T-33AEP

ANTHONY R. REEVES
_____/

**ORDER**

This matter is before the Court upon consideration of the Report and Recommendation of the Honorable Anthony E. Porcelli, United States Magistrate Judge (Doc. # 40), which was filed on December 13, 2013, pursuant to an evidentiary hearing. Judge Porcelli recommends that Reeves's Motion to Suppress Evidence (Doc. # 31) be denied. Reeves filed an Objection to the Report and Recommendation (Doc. # 44) on December 27, 2013, to which the United States responded (Doc. # 45) on January 3, 2014. Upon due consideration, the Court overrules Reeves's Objection and adopts the Report and Recommendation.

**Discussion**

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v.

Wainwright, 681 F.2d 732, 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

The Court has conducted an independent examination of the file and upon due consideration, the Court overrules the filed Objection and adopts the Report and Recommendation.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Report and Recommendation (Doc. # 40) is **ACCEPTED** and **ADOPTED.**

(2) Reeves's Motion to Suppress Evidence (Doc. # 31) is **DENIED.**

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 3rd day of January, 2014.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record